IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBED RAHEEM HOYTE, | : | Civil No. 3:16-cv-1204 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN USP ALLENWOOD, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 23rd day of August, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge